No. 308, Misc.  WEAKLY v. BAXTER ET AL.  Supreme Court of Illinois.  Certiorari denied.

No. 310, Misc.  LONGLEY v. TEETS, WARDEN.  Supreme Court of California.  Certiorari denied.

No. 311, Misc.  WOODSON v. IOWA.  Supreme Court of Iowa.  Certiorari denied.

No. 313, Misc.  MAHLER v. BANNAN, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 318, Misc.  VRANIAK v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 319, Misc.  JABLONSKI v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 323, Misc.  DAY v. RAGEN, WARDEN.  Circuit Court of Peoria County, Illinois.  Certiorari denied.

No. 324, Misc.  LEWIS v. SMYTH, SUPERINTENDENT OF VIRGINIA STATE PENITENTIARY.  Supreme Court of Appeals of Virginia.  Certiorari denied.

No. 326, Misc.  LINDSEY v. CALIFORNIA.  Supreme Court of California.  Certiorari denied.

No. 328, Misc.  RICHARDSON v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 331, Misc.  BRITTON v. RAGEN, WARDEN.  Circuit Court of Shelby County, Illinois.  Certiorari denied.

No. 332, Misc.  NEGRON ET AL. v. NEW YORK.  Supreme Court of New York, Appellate Division, First Judicial Department.  Certiorari denied.